

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00189-CV

**IN RE** Eugenio Angel **MARTINEZ**

Original Proceeding[1]

**ORDER**

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

On April 5, 2022, the Relator filed a petition for writ of mandamus. On April 6, 2022, the Relator filed a motion to dismiss stating the parties have settled all claims. The motion is GRANTED and this original proceeding is DISMISSED.

It is so **ORDERED** on April 18, 2022.

**PER CURIAM**

Attested to: _____
             MICHAEL A. CRUZ, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CVA-000857-D1, styled *Viridiana Maldonado v. Eugenio Angel Martinez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Honorable Jose A. Lopez presiding.